BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant Edward Lamont Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-00-00234 WHA |
|---|---|---|
| Plaintiff, | ) ) ) | No. CR-99-00475 WHA |
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PROBATION FORM 12s AND TERMINATE SUPERVISED RELEASE |
| EDWARD SMITH, | ) ) |  |
| Defendant. | ) ) | Date: August 7, 2008 |
|  | ) | Court: Honorable William H. Alsup |

The undersigned parties stipulate as follows:

1. On November 30, 2007, the Probation Department filed a Probation Form 12 alleging violations of the terms of Mr. Smith's supervised release;

3. On February 5, 2008, the Probation Department filed an Amended Form 12 alleging additional violations of the terms of Mr. Smith's supervised release;

4. The parties have appeared for status on the Amended Form 12 petitions on February 12, 2008, April 8, 2008, and August 5, 2008.  At each status conference, the Probation

STIPULATION TO WITHDRAW FORM 12
AND TERMINATE SUPERVISED RELEASE
No. CR-00-243 WHA
No. CR-99-475 WHA

1

1        Department reported improved progress on the part of Mr. Smith with regards to

2        maintaining a stable residence and also maintaining contact with the Department;

3  5.  On August 5, 2008, Mr. Smith appeared before this Court with pay stubs and verified

4        documentation of employment with Kaiser Permanente in Oakland, and also reported

5        that he has maintained this job for almost a month.  As such, Mr. Smith has complied

6        with this Court's order that he seek and maintain verifiable employment

7  3.  Under these circumstances, the parties now jointly move the Court to withdraw the

8        Form 12 violation petitions dated November 30, 2007 and February 5, 2008, and to

9        terminate Mr. Smith from supervised release today, two months in advance of his

10        October, 2008 termination date;

11  4.  USPO Mark Unalp orally stated in Court on August 5, 2008 that he has no objection to

12        the parties' joint motion to withdraw the Form 12 violation petitions at this time and to

13        terminate Mr. Smith's supervised release early.

IT IS SO STIPULATED.

8/7/2008                   /S/_____
                              ELIZABETH M. FALK
                              Assistant Federal Public Defender

8/7/2008                   /S/_____
                              LAUREL BEELER
                              Assistant United States Attorney

## ~~[PROPOSED]~~ ORDER

GOOD CAUSE SHOWN, this Court GRANTS the parties' joint motion to withdraw the Form 12 violation petitions dated November 30, 2007 and February 5, 2008  These petition are hereby

STIPULATION TO WITHDRAW FORM 12
AND TERMINATE SUPERVISED RELEASE
No. CR-00-243 WHA
No. CR-99-475 WHA

2

1  deemed WITHDRAWN at this time.  Mr. Smith is hereby TERMINATED from supervised release

2  forthwith.

3

4  DATED:  August 8, 2008.

   *IT IS SO ORDERED*
   /s/ Wm. Alsup
   Judge William Alsup

   _____
   THE HONORABLE WILLIAM H. ALSUP
5  UNITED STATES DISTRICT JUDGE

26  STIPULATION TO WITHDRAW FORM 12
    AND TERMINATE SUPERVISED RELEASE
    No. CR-00-243 WHA
    No. CR-99-475 WHA

3